Daniel B. Henderson, Esq., State Bar No. 321961
DHenderson@THFpc.com
THE HENDERSON FIRM, P.C.
355 S. Grand Ave. #2450
Los Angeles, CA 90071
Telephone Number: (323) 487-0193

Attorneys for Plaintiff,
NATHAN BARR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BARR,<br><br>  Plaintiff,<br><br>vs.<br><br>AUTOZONERS, LLC.; AUTOZONE, INC.; DWAYNE JOHNSON, and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No.: 2:23-CV-02319-WBS-AC<br><br>**The Honorable William B. Shubb**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DWAYNE JOHNSON ONLY** |

Plaintiff Nathan Barr by and through his attorney, Daniel B. Henderson, Esq., hereby requests that the Court dismisses only Defendant Dwayne Johnson from this action, without prejudice. Plaintiff does *not* dismiss any other defendant from this action.

Respectfully Submitted,

Dated: February 5, 2024        THE HENDERSON FIRM, P.C.

                By:  /s/ Daniel Henderson
                     Daniel B. Henderson, Esq.

                     Attorneys for Plaintiff,
                     NATHAN BARR

**ORDER**

Pursuant to the foregoing, this Court dismisses Defendant Dwayne Johnson from this action, without prejudice.

IT IS SO ORDERED.

Dated: February 5, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE