MICHAEL HOFFMAN, Bar No. 162496
AMY C. HIRSH, Bar No. 246533
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1670
San Francisco, CA  94104
Telephone:    415.433.1414
Facsimile:      415.520.0446
Email: mhoffman@arenahoffman.com
         ahirsh@arenahoffman.com

Attorneys for Defendants
AUTOZONERS, LLC and AUTOZONE, INC.

DANIEL B. HENDERSON, ESQ., Bar No. 321961
THE HENDERSON FIRM, P.C.
355 S. Grand Ave. #2450
Los Angeles, CA 90071
Telephone:   (323) 487-0193
Email:    DHenderson@THFpc.com

Attorneys for Plaintiff,
NATHAN BARR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BARR,<br><br>            Plaintiff,<br><br>  v.<br><br>AUTOZONERS, LLC; AUTOZONE, INC.; DWAYNE JOHNSON, and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. 2:23-cv-02319-WBS-AC<br><br>**STIPULATED REQUEST TO EXTEND REBUTTAL EXPERT DISCOVERY DEADLINE TO AND INCLUDING JANUARY 16, 2026**<br><br>Hon. Allison Claire |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

      Plaintiff Nathan Barr ("Plaintiff") and Defendants AutoZone, Inc. and AutoZoners, LLC ("AutoZone") (collectively, the "Parties"), through their respective counsel of record and subject to the Court's approval in the accompanying Proposed Order, hereby stipulate and jointly request that

the Court extend the rebuttal expert discovery deadline to allow AutoZone's retained expert to complete her examination and produce a report, as set forth below:

WHEREAS, on August 26, 2025, the Court issued an order granting AutoZone's motion to compel a mental examination of Plaintiff and extending the rebuttal expert discovery deadline from August 1, 2025, to September 19, 2025, to allow AutoZone's retained expert to complete the examination and produce a report;

WHEREAS, AutoZone's retained expert, Dr. Kimberly Miller, is unavailable to conduct the examination before the September 19, 2025, deadline;

WHEREAS, Plaintiff has agreed to appear for his examination on December 10, 2025, at 9:00 A.M., which is Dr. Miller's earliest available date;

WHEREAS, the requested extension will not affect the pretrial conference date, trial date, or any other deadlines in the Court's Scheduling Order;

THEREFORE, the Parties stipulate and respectfully request that the Court extend the rebuttal expert discovery deadline from September 19, 2025, to and including January 16, 2026, for the limited purpose of allowing Dr. Miller to conduct Plaintiff's mental examination and produce the resulting expert rebuttal report.

IT IS SO STIPULATED.

Dated: September 17, 2025

/S/ Amy C. Hirsh
MICHAEL HOFFMAN
AMY C. HIRSH
ARENA HOFFMAN LLP
Attorneys for Defendants AUTOZONERS, LLC and AUTOZONE, INC.

Dated: September 17, 2025

/S/ Daniel B. Henderson
DANIEL B. HENDERSON
THE HENDERSON FIRM P.C.
Attorney for Plaintiff
NATHAN BARR

ARENA HOFFMAN LLP
44 Montgomery St., Suite 1670
San Francisco, CA 94104
415.433.1414

STIPULATED REQUEST TO EXTEND REBUTTAL EXPERT DISCOVERY DEADLINE

2.

Case No. 2:23-cv-02319-WBS-AC

As an attorney of record in the action, I obtained consent from opposing counsel to file this document in accordance with Eastern District Local Rules.

/s/ Amy C. Hirsh
AMY C. HIRSH

ARENA HOFFMAN LLP
44 Montgomery St., Suite 1670
San Francisco, CA 94104
415.433.1414

STIPULATED REQUEST TO EXTEND REBUTTAL EXPERT DISCOVERY DEADLINE

3.

Case No. 2:23-cv-02319-WBS-AC

**ORDER**

\    Pursuant to the Parties' Stipulated Request and for good cause shown, IT IS HEREBY ORDERED that the rebuttal expert discovery deadline is extended from September 19, 2025, to and including January 16, 2026, for the limited purpose of allowing AutoZone's retained expert to conduct a mental examination of Plaintiff and produce the resulting rebuttal expert report.

IT IS SO ORDERED.

DATED: September 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE