DANIEL B. HENDERSON, ESQ., Bar No. 321961
THE HENDERSON FIRM, P.C.
355 S. Grand Ave. #2450
Los Angeles, CA 90071
Telephone:   (323) 487-0193
Email:    DHenderson@THFpc.com

Attorneys for Plaintiff,
NATHAN BARR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BARR,<br><br>              Plaintiff,<br><br>       v.<br><br>AUTOZONERS, LLC; AUTOZONE, INC.; DWAYNE JOHNSON, and DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No. 2:23-cv-02319-WBS-AC<br><br>**STIPULATED REQUEST TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE DATE AND TRIAL DATE TO ACCOMMODATE PLAINTIFF'S COUNSEL'S UNAVAILABILITY**<br><br>Hon. William B. Shubb |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

Plaintiff Nathan Barr ("Plaintiff") and Defendants AutoZone, Inc. and AutoZoners, LLC ("AutoZone") (collectively, the "Parties"), through their respective counsel of record and subject to the Court's approval in the accompanying Proposed Order, hereby stipulate and jointly request that the Court continue the Motion for Summary Judgment, or in the alternative, Partial Summary Judgment Hearing Date, Pretrial Conference date and Trial Date on the above referenced case, as set forth below:

WHEREAS, on October 9, 2025, the Court Defendant Autozone filed a Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment. The Hearing Date for said Motion is **December 8, 2025**;

1    WHEREAS, on October 20, 2025, Plaintiff filed his Opposition to Defendant Autozone's

2    Motion for Summary Judgment or, in the alternative, Motion for Partial Judgment;

3    WHEREAS, on October 30, 2025, Defendant Autozone filed its Reply to Plaintiff's

4    Opposition to Defendant Autozone's Motion for Summary Judgment or, in the alternative, Motion

5    for Partial Summary Judgment. As such the Motion for Summary Judgment or, in the alternative,

6    Motion for Partial Summary Judgment has been fully briefed;

7    WHEREAS, on December 1, 2025, Plaintiff's Counsel Daniel B. Henderson, the lead trial

8    attorney handling this case, has a trial commencing in the matter of *Lynette Broussard v. Urban*

9    *Alchemy and Does 1 to 100, inclusive*, Case No. CGC-23-611189 on December 1, 2025 in the San

10   Francisco Superior Court. The *Broussard* trial is anticipated to take two to three weeks. As such, Mr.

11   Henderson will be unavailable for the hearing on the Motion for Summary Judgment/Partial

12   Summary Judgment on this case;

13   WHEREAS, as a courtesy to Plaintiff's counsel due to Mr. Henderson's unavailability,

14   Defendant Autozone has agreed to continue the Motion for Summary Judgment or, in the alternative,

15   Motion for Partial Judgment hearing date from December 8, 2025 to January 12, 2026 or such later

16   dates which fit the Court's availability;

17   WHEREAS, in order to accommodate the new Motion for Summary Judgment or, in the

18   alternative, Motion for Partial Summary Judgment hearing date, the parties have agreed to continue

19   the Pre-Trial Conference, currently scheduled on January 12, 2026, and all deadlines associated with

20   the Pre-Trial Conference to February 23, 2026 or such later dates which fit the Court's availability;

21   WHEREAS, in order to accommodate the new Motion for Summary Judgment or, in the

22   alternative, Motion for Partial Summary Judgment hearing date, the parties have agreed that to

23   continue the trial date, currently scheduled on March 3, 2026, and all deadlines corresponding with

24   the trial date, to April 27, 2026 or such later dates which fit the Court's availability;

25   WHEREAS, the parties agree that this stipulation will not alter discovery or expert discovery

26   deadlines;

27   THEREFORE, the Parties stipulate and respectfully request that the Court continue the

28   hearing date of Motion for Summary Judgment or, in the alternative, Motion for Partial Summary

Judgment from December 8, 2025 to January 12, 2026 or such later dates which fit the Court's availability; continue the date of the Pre-Trial Conference, currently scheduled on January 12, 2026, and all deadlines associated with the Pre-Trial Conference to February 23, 2026 ; continue the Trial date, currently scheduled on March 3, 2026, and all deadlines corresponding with the Trial date to April 27, 2026.

IT IS SO STIPULATED.

Dated:  November 24, 2025

/s/ Michael Hoffman
MICHAEL HOFFMAN
AMY C. HIRSH
ARENA HOFFMAN LLP
Attorneys for Defendants AUTOZONERS,
LLC and AUTOZONE, INC.

Dated: November 24, 2025

/S/ Daniel B. Henderson
DANIEL B. HENDERSON
THE HENDERSON FIRM P.C.
Attorney for Plaintiff
NATHAN BARR

As an attorney of record in the action, I obtained consent from opposing counsel to file this document in accordance with Eastern District Local Rules.

/s/ Daniel B. Henderson
DANIEL B. HENDERSON, ESQ.

3.

1

**<u>ORDER</u>**

2

      Pursuant to the Parties' Stipulated Request and for good cause shown, IT IS HEREBY

3

ORDERED that the hearing date of Defendant Autozone's Motion for Summary Judgment or, in the

4

alternative, Motion for Partial Summary Judgment is continued from December 8, 2025 to **<u>February</u>**

5

**<u>2, 2026 at 1:30 p.m</u>**.); the Pre-Trial Conference date and all associated Pre-Trial Conference

6

deadlines is continued from January 12, 2026 to **<u>April 6, 2026 at 1:30 p.m.</u>**; and the Jury Trial date

7

and all deadlines associated with the trial date is continued from March 3, 2026, to **<u>June 9, 2026 at</u>**

8

**<u>9:00 a.m.</u>**

9

10

11

      IT IS SO ORDERED.

12

Dated:  November 26, 2025

13

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.