MICHAEL HOFFMAN, Bar No. 162496
AMY C. HIRSH, Bar No. 246533
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 1670
San Francisco, CA  94104
Telephone:    415.433.1414
Facsimile:    415.520.0446
Email: mhoffman@arenahoffman.com
          ahirsh@arenahoffman.com

Attorneys for Defendants
AUTOZONERS, LLC and AUTOZONE, INC.

DANIEL B. HENDERSON, ESQ., Bar No. 321961
THE HENDERSON FIRM, P.C.
355 S. Grand Ave. #2450
Los Angeles, CA 90071
Telephone:    (323) 487-0193
Email: DHenderson@THFpc.com

Attorneys for Plaintiff,
NATHAN BARR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BARR, <br><br> Plaintiff, <br><br> v. <br><br> AUTOZONERS, LLC; AUTOZONE, INC.; DWAYNE JOHNSON, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:23-cv-02319-WBS-AC <br><br> **STIPULATED REQUEST TO EXTEND REBUTTAL EXPERT DISCOVERY CUTOFF TO MARCH 2, 2026** <br><br><br> Hon. Allison Claire |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

Plaintiff Nathan Barr ("Plaintiff") and Defendants AutoZone, Inc. and AutoZoners, LLC ("AutoZone") (collectively, the "Parties"), through their respective counsel of record and subject to the Court's approval in the accompanying Proposed Order, hereby stipulate and jointly request that the Court extend the rebuttal expert discovery deadline to allow the Parties' retained experts to produce rebuttal reports, as set forth below:

STIP. TO EXTEND REBUTTAL EXPERT
DISCOVERY DEADLINE                                                    Case No. 2:23-cv-02319-WBS-AC

WHEREAS, on August 26, 2025, the Court issued an order granting AutoZone's motion to compel a mental examination of Plaintiff and extending the rebuttal expert discovery deadline from August 1, 2025, to September 19, 2025, to allow AutoZone's expert to complete the examination and produce a report;

WHEREAS, on September 18, 2025, the Court granted the Parties' Stipulated Request to Extend the Rebuttal Expert Discovery Deadline to and including January 16, 2026, and ordered the rebuttal expert discovery deadline extended from September 19, 2025, to January 16, 2026, to allow AutoZone's expert to conduct a mental examination of Plaintiff and produce the resulting rebuttal expert report;

WHEREAS, Plaintiff appeared for his examination by AutoZone's expert on December 10, 2025;

WHEREAS, AutoZone's expert requires access to the raw data generated from Plaintiff's expert in connection with his examination of Plaintiff to prepare a complete rebuttal expert report and a brief extension of time to review such raw data and finalize her rebuttal report;

WHEREAS, Plaintiff has requested a reciprocal exchange of expert raw data and agrees to the requested extension as long as Plaintiff's expert be afforded the opportunity to produce his own rebuttal expert report limited to responding to AutoZone's rebuttal expert report;

WHEREAS, the Parties have met and conferred in good faith and agree that a reciprocal exchange of raw data and requested extensions will facilitate a full and fair exchange of expert rebuttal opinions without prejudice to either party;

WHEREAS, the requested extension will not affect the pretrial conference date, trial date, or any other deadlines in the Court's Scheduling Order;

THEREFORE, the Parties hereby stipulate and agree as follows:

1.    The Parties' experts shall exchange any raw data relied upon or generated in connection with their analyses on or before January 14, 2026, subject to expert availability.

2.    The deadline for AutoZone to prepare and serve its rebuttal expert report is extended to January 30, 2026.

3.      The deadline for Plaintiff to prepare and serve a rebuttal expert report responding to AutoZone's rebuttal expert report is March 2, 2026.

4.      The Parties agree that these extensions are without prejudice to either party's right to seek further modification of expert deadlines should the exchange of raw data be delayed or incomplete.

IT IS SO STIPULATED.

Dated:  January 8, 2026

/s/ Amy C. Hirsh
MICHAEL HOFFMAN
AMY C. HIRSH
ARENA HOFFMAN LLP
Attorneys for Defendants AUTOZONERS,
LLC and AUTOZONE, INC.

Dated: January 8, 2026

/s/ Daniel B. Henderson
DANIEL B. HENDERSON
THE HENDERSON FIRM P.C.
Attorney for Plaintiff
NATHAN BARR

As an attorney of record in the action, I obtained consent from opposing counsel to file this document in accordance with Eastern District Local Rules.

/s/ Amy C. Hirsh
AMY C. HIRSH

ARENA HOFFMAN LLP
44 Montgomery St., Suite 1670
San Francisco, CA  94104
415.433.1414

STIP. TO EXTEND REBUTTAL EXPERT
DISCOVERY DEADLINE

3.

Case No. 2:23-cv-02319-WBS-AC

**ORDER**

Pursuant to the Parties' Stipulated Request and for good cause shown, IT IS HEREBY ORDERED that:

1.     The Parties' experts shall exchange any raw data relied upon or generated in connection with their expert analyses on or before January 14, 2026, subject to expert availability.

2.     The deadline for AutoZone to prepare and serve its rebuttal expert report is January 30, 2026.

3.     The deadline for Plaintiff to prepare and serve a rebuttal expert report responding to AutoZone's rebuttal expert report is March 2, 2026.

4.     These extensions are without prejudice to either party's right to seek further modification of expert deadlines should the exchange of raw data be delayed or incomplete.

IT IS SO ORDERED.

DATED: January 12, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE